McGREGOR W. SCOTT
United States Attorney
Assistant United States Attorney
KRISTI C. KAPETAN
Assistant United States Attorney
Federal Building, Room 3654
1130 O Street
Fresno, CA 93721
Telephone: (559) 498-7272
Facsimile:   (559) 498-7432

Attorneys for Defendant United States Department of Agriculture

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| LION BROS.,<br><br>       Plaintiff,<br><br>       v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>       Defendant. | NO. 1:05-cv-00062-REC-SMS<br><br><u>STIPULATION TO CONTINUE DATES TO FILE CROSS MOTIONS FOR SUMMARY JUDGMENT AND ORDER THEREON</u> |

The parties, through undersigned counsel, hereby stipulate to the following briefing schedule which amends the scheduling order issued in the above-referenced matter.

| | Existing Date | Proposed Date |
|---|---|---|
| Cross Motions for Summary Judgment | July 21, 2005 | August 11, 2005 |
| Oppositions to Cross Motions | August 4, 2005 | August 25, 2005 |
| Reply to Oppositions | August 11, 2005 | September 1, 2005 |

1

| | | |
|---|---|---|
| 1 Hearing | August 29, 2005 | September 12, 2005 |

Date: July 19, 2005           Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

                      By:    /s/ Kristi C. Kapetan
                             KRISTI C. KAPETAN
                             Assistant U. S. Attorney

Date: July 19, 2005           BRIAN C. LEIGHTON

                      By:    /s/ Brian C. Leighton (signature on file)
                             BRIAN C. LEIGHTON

     In view of the foregoing stipulation, it is HEREBY ORDERED:

     1.    The scheduling conference order is amended as set forth above.

IT IS SO ORDERED.

**Dated:   August 8, 2005**                  **/s/ Sandra M. Snyder**
icido3                 UNITED STATES MAGISTRATE JUDGE