BRIAN C. LEIGHTON, CA BAR # 090907
Attorney at Law
701 Pollasky Avenue
Clovis, California  93612
Telephone: (559) 297-6190
Facsimile:  (559) 297-6194
E-mail: kbarker@arrival.net

Attorney for LION RAISINS, INC.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| LION RAISINS, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>        Defendant. | CASE NO. 1:05-CV-00062 REC DLB<br><br>**SUBSTITUTION OF ATTORNEYS [LOCAL RULE 83-182(g)] AND ORDER THEREON** |

**TO:  LION RAISINS, INC., THE UNITED STATES DEPARTMENT OF AGRICULTURE, ITS ATTORNEY OF RECORD HEREIN, AND THE COURT**

PLEASE TAKE NOTICE that Plaintiff, LION RAISINS, INC., a California corporation, hereby substitutes attorney Ernest H. Tuttle, III, of the law firm of Tuttle & McCloskey, whose address and telephone number are 750 Bullard Avenue, Suite 101, Fresno, CA 93710-5445; (559) 437-1770; Facsimile (559) 437-0150 in place of BRIAN C. LEIGHTON of the Law Offices of Brian C. Leighton, 701 Pollasky Avenue, Clovis, CA.

DATED:     August 10, 2005                LION RAISINS, INC.


                                              /S/  BRUCE LION
                                            BRUCE LION, Vice President

1 | **I ACCEPT THE ABOVE SUBSTITUTION**.       ERNEST T. TUTTLE, III
                                               TUTTLE & McCLOSKEY

3 | DATED:      August 10, 2005                __/S/_ JAMES F. McBREARTY__
                                               TUTTLE & McCLOSKEY

**I AGREE TO THE ABOVE SUBSTITUTION AND RELINQUISH ALL REPRESENTATION**.

LAW OFFICES OF BRIAN C. LEIGHTON

DATED:      July 7, 2005                      _/S/__ BRIAN C. LEIGHTON_____
                                               BRIAN C. LEIGHTON, Attorney

**ORDER**

    IT IS SO ORDERED.
                                               /s/ ROBERT E. COYLE
DATED:__August 10__, 2005                     _____
                                               **U.S. District Court Judge**

---

**SUBSTITUTION OF ATTORNEYS**
**[LOCAL RULE 83-182(g)]**
**AND ORDER THEREON**                2