1  **ERNEST H. TUTTLE, III, ESQ., #051731**
   **JAMES F. McBREARTY, ESQ., #143117**
2  **TUTTLE & McCLOSKEY**
   **A PROFESSIONAL CORPORATION**
3  **750 E. Bullard, Suite 101**
   **Fresno, California  93710**
4  **Telephone:  (559) 437-1770**
   **Facsimile:  (559) 437-0150**

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LION RAISINS, INC., | ) Case No.: 1:05-CV-00062 REC SMS |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE DATES TO FILE** |
| vs. | ) **OPPOSITIONS AND REPLIES TO** |
| | ) **OPPOSITION TO SUMMARY JUDGMENT** |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | ) **MOTIONS** |
| | ) |
| | ) DATE: 9/26/05 |
| Defendant. | ) TIME:  1:30 p.m. |
| | ) DEPT:  #1 |
| | ) |

The parties hereto stipulate to the following dates to file oppositions and replies to their cross-filed motions for summary judgment:

     Oppositions:    September 9, 2005

     Replies:    September 19, 2005

/////

/////

/////

/////

/////

STIPULATION AND ORDER TO CONTINUE
DATES TO FILE OPPOSITIONS AND REPLIES

1

PDF created with pdfFactory trial version www.pdffactory.com

1  The hearing on the cross-motions for summary judgment was moved from September
2  11, 2005, to September 26, 2005.

4  DATED: August 23, 2005

   TUTTLE & McCLOSKEY
   A PROFESSIONAL CORPORATION


   By:    /s/
   JAMES F. McBREARTY, Attorney for
   Plaintiff, Lion Raisins, Inc.


10 DATED: August 23, 2005

   McGREGOR W. SCOTT
   United States Attorney


   By:    /s/
   KRISTI C. KAPETAN
   Assistant U.S. Attorney


17  IT IS HEREBY ORDERED that the oppositions to the cross-filed motions for
18 summary judgment be filed on September 9, 2005, and any replies to the oppositions are to be filed
19 September 19, 2005.

21 DATED: August ___24____, 2005

   /s/ ROBERT E. COYLE
   HONORABLE ROBERT E. COYLE
   United States Magistrate Judge

STIPULATION AND ORDER TO CONTINUE
DATES TO FILE OPPOSITIONS AND REPLIES

2

PDF created with pdfFactory trial version www.pdffactory.com