# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LION RAISINS, INC., et al., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, <br><br>　　　　Defendant. | CIV F 05-062  AWI SMS <br><br> ORDER DIRECTING THE CLERK OF THE COURT TO RANDOMLY REASSIGN THIS ACTION TO ANOTHER DISTRICT COURT JUDGE |

　　Currently pending before the Court is a Rule 60 motion that is set for hearing on November 2, 2007. This case had been assigned to Senior Judge Coyle, but has been reassigned to the undersigned.

　　Under 28 U.S.C. § 455, a judge has an affirmative duty to recuse himself "in any proceeding in which his impartiality might reasonably be questioned." Liteky v. United States, 510 U.S. 540, 548 (1994). If "a reasonable person with knowledge of all the facts would conclude that the judge's impartiality might reasonably be questioned," then recusal is appropriate. See United States v. Hernandez, 109 F.3d 1450, 1453 (9th Cir. 1997); United States v. Studley, 783 F.2d 934, 939 (9th Cir. 1986). In light of this standard, the undersigned believes that recusal and reassignment is necessary.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is DIRECTED to randomly reassign this action to another District Court Judge.

IT IS SO ORDERED.

**Dated:**   **October 2, 2007**                      **/s/ Anthony W. Ishii**
                                                       UNITED STATES DISTRICT JUDGE